IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | Case No. 4:16-CR-46-BLW |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JOSE LUIS ARTEAGA, MOSES RICHARD DELAROSA, | |
| Defendants. | |

The defendant Arteaga has filed a motion to suppress. The motion seeks to suppress numerous items that form the basis for the charges in this case. Accordingly, the motion must be resolved before trial and there is excludable time between the date of its filing and a reasonable time for its prompt resolution. See 18 U.S.C. §3161(h)(1)(D); *United States v. Tinklenberg* 131 S.Ct. 2007 (2011).

Trial is presently set for January 30, 2017. But the briefing on the motion to suppress has not yet been completed and time will be needed to set a hearing and issue a decision. The Court can set a hearing on the motion for February 27, 2017, and then, to allow a reasonable time to issue a decision, can set trial for March 20, 2017.

The Court finds that the period of delay between the filing of the motion to suppress (docket no. 29), and the resolution of the motion is excludable time under 18 U.S.C. § 3161(h)(1)(D).

**Order - 1**

Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." Thus, the finding of excludable time applies equally to defendant Delarosa. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that the present trial date be VACATED, and that a new trial be set for **March 20, 2017, at 1:30 p.m.** in the Federal Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED, that the period of time between the date the Motion to Suppress was filed (on December 12, 2016) and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A).

IT IS FURTHER ORDERED, that the pretrial conference shall be held on **March 9, 2017, at 4:00** p.m. by telephone with the Government to initiate the call. The Court can be reached at 208-334-9145. The defendant need not be on the line as only logistics will be discussed.

IT IS FURTHER ORDERED, that the defendant shall file all pretrial motions on or before **February 17, 2017.**

IT IS FURTHER ORDERED, that a hearing date on the motion to suppress (docket no. 29) be set for **February 27, 2017, at 10:00 a.m.** in the Federal Courthouse in Pocatello, Idaho.



DATED: **January 20, 2017**

_____
B. LYNN WINMILL
Chief Judge
United States District Court

**Order - 3**